**FILED**
CLERK, U.S. DISTRICT COURT

March 9, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> LEONARD A. FEINBERG, INC., *et al.*, <br><br> Defendants. | Case No.: 2:15-cv-00955-SJO-E <br> *Honorable S. James Otero Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the prior dismissal without prejudice of all claims against the defendants shall be converted to a dismissal with prejudice of all claims against all defendants, including but not limited to Leonard A. Feinberg Inc., Rainbow USA, Inc., and Skiva International Inc.;

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action;

SO ORDERED.

Dated: March 9, 2016. _____

By: *S. James Otero* _____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE